**2016–1837.   State v. Daniels.**
Franklin App. No. 14AP–326, 2015-Ohio-2649. On motion for leave to file delayed appeal. Motion denied.

**2016–1840.   Cranfield v. State Farm Fire & Cas. Co.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:16–cv–1273. On review of preliminary memoranda pursuant to S.Ct.Prac.R. 9.05. The court determines that it will not answer the certified question. Cause dismissed.
FRENCH, FISCHER, and DEWINE, JJ., dissent.

**2016–1856.   State v. Suber.**
Licking App. No. 16 CA 14, 2016-Ohio-7497. On motion for leave to file delayed appeal. Motion granted. It is further ordered by the court that appellant shall file a memorandum in support of jurisdiction within 30 days from the date of this entry.
O'CONNOR, C.J., and O'DONNELL and DEWINE, JJ., dissent.

**2016–1861.   State v. Saracco–Rios.**
Madison App. Nos. CA2016–02–011 and CA2016–03–014, 2016-Ohio-7192. On motion for leave to file delayed appeal. Motion denied.

**2016–1870.   Cyran v. Cyran.**
Montgomery App. No. 27009, 2016-Ohio-7323. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' entry filed November 21, 2016:
"Does the collateral consequences exception to mootness apply to an appeal from an expired protective order when the appellant faces possible collateral consequences that may not be ascertainable at the time of the appeal?"
The conflict case is *Wilder v. Perma*, 174 Ohio App.3d 586, 2007-Ohio-6635 (8th Dist.).
It is ordered by the court that the clerk shall issue an order for the transmittal of the record from the Court of Appeals for Montgomery County.
It is ordered by the court, sua sponte, that this cause is consolidated with 2016–1737, *Cyran v. Cyran*, and that briefing in 2016–1737 and 2016–1870 shall be consolidated. The parties shall file two originals of each of the briefs under S.Ct.Prac.R. 16.02 through 16.04 and include both case numbers on the cover of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. 16.01 through 16.04.
O'CONNOR, C.J., dissents.

**2016–1872.   State v. Hodges.**
Medina App. No. 15CA0056–M, 2016-Ohio-5461. On motion for leave to file delayed appeal. Motion denied.
O'CONNOR, C.J., and O'NEILL, J., dissent.

**2016–1887.   State v. Geiger.**
Franklin App. No. 15AP–1120, 2016-Ohio-7571. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2016–1890.   State v. Williams.**
Lorain App. No. 16CA010900, 2016-Ohio-7345. On motion for leave to file delayed appeal. Motion granted. It is further ordered by the court that appellant shall file a memorandum in support of jurisdiction within 30 days from the date of this entry.
O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2016–1895.   State v. Pleatman.**
Hamilton App. No. C–160234, 2016-Ohio-7659. On motion to stay imposition of sentence. Motion denied. On motion to stay pending decision by court of appeals. Motion denied.
O'DONNELL and O'NEILL, JJ., dissent.
FISCHER and DEWINE, JJ., not participating.